UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE TAITUAVE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NEIL McDOWELL, et al.,<br><br>　　　　Defendants. | Case No. EDCV 18-01106 JVS (RAO)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire record in this action and the attached Report and Recommendation of United States Magistrate Judge ("Report"). No objections to the Report have been filed. Good cause appearing, the Court concurs with and accepts the findings of fact, conclusions of law, and recommendations contained in the Report.

IT IS ORDERED that defendants' motion to dismiss the Second Amended Complaint is granted in part and denied in part as follows:

(a) plaintiff's claims against Rossolillo, Messerli, Briones, Coon, Steele, Navarro, Abril, and Pierce should be dismissed with prejudice;

(b) plaintiff's claims against Wilson should be dismissed with prejudice except for plaintiff's claims that Wilson violated his Eighth Amendment rights by (i) confining him in the hot van; and (ii)

        restraining and confining him in the visiting room;

(c) plaintiff's claims against Allen should be dismissed with prejudice except for plaintiff's claim that Allen violated his Eighth Amendment rights by restraining and confining him in the visiting room;

(d) plaintiff's First Amendment claims should be dismissed with prejudice;

(e) plaintiff's due process and Eighth Amendment claims based on the strip search should be dismissed with prejudice;

(f) plaintiff's claim that Vasquez violated his due process rights by issuing a false RVR should be dismissed with prejudice;

(g) defendants should be denied qualified immunity at this time; and

(h) the Motion should be denied in all other aspects.

DATED: September 25, 2020

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE