# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE TAITUAVE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NEIL McDOWELL, et al.,<br><br>　　　　　Defendants. | Case No. EDCV 18-01106 JVS (RAO)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's Second Amended Complaint (Dkt. No. 17), Defendants' Motions for Summary Judgment (Dkt. Nos. 106, 111), all of the other records and files herein, the Magistrate Judge's Report and Recommendation issued on July 12, 2022 ("Report"), Plaintiff's Objections to the Report (Dkt. No. 131), and Defendant Allen's Reply to Plaintiff's Objections (Dkt. No. 132).

///

///

///

///

///

///

1    The Court is required to review *de novo* those portions of the Report to which
2    Plaintiff has objected, but here, Plaintiff has not objected to any specific finding in
3    the Report, only to its recommendation.  Having reviewed the record, and with no
4    specific portion of the Report objected to, the Court hereby accepts and adopts the
5    findings, conclusions, and recommendations of the Magistrate Judge.
6        Accordingly, IT IS ORDERED that this action is DISMISSED with prejudice.

DATED: August 18, 2022

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE