1
2
3
4
5
6
7
8            **UNITED STATES DISTRICT COURT**
9           **CENTRAL DISTRICT OF CALIFORNIA**
10

11   MIKE TAITUAVE,                          Case No. EDCV 18-01106 JVS (RAO)
12                    Plaintiff,
13            v.                              **JUDGMENT**
14   NEIL McDOWELL, et al.,
15                    Defendants.
16

17        Pursuant to the Court's Order Accepting Report and Recommendation of
18   United States Magistrate Judge,
19        IT IS ORDERED AND ADJUDGED that this action is dismissed with
20   prejudice.
21
22   DATED:  August 18, 2022
23                                           _____
24                                           JAMES V. SELNA
                                             UNITED STATES DISTRICT JUDGE
25
26
27
28