UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 24 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MIKE TAITUAVE, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> NEIL MCDOWELL, Warden, Warden, Ironwood State Prison, individual; et al., <br><br> Defendants - Appellees. | No. 22-55862 <br><br> D.C. No. 5:18-cv-01106-JVS-RAO <br> U.S. District Court for Central California, Riverside <br><br> **MANDATE** |

The judgment of this Court, entered May 02, 2024, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

Costs are taxed against the appellant in the total amount of $299.30.

Appellee A. Allen awarded $64.80 USD. Appellees F. Alverez, F. Duenas, J. Frias, Neil McDowell, M. Vasquez and B. Wilson awarded $234.50 USD.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT